# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00376-CR
NO. 03-00-00377-CR
NO. 03-00-00378-CR

**Jose Antonio Rivera, Appellant**

**&**

**Martin Hernandez, Appellant**

**&**

**Marcos Antonio Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NOS. 00-1410-1, 00-1402-1 & 00-1409-1
### HONORABLE KEVIN HENDERSON, JUDGE PRESIDING

Appellants Jose Antonio Rivera, Martin Hernandez, and Marcos Antonio Hernandez pleaded guilty to evading arrest. *See* Tex. Penal Code Ann. § 38.04 (West Supp. 2001). The court adjudged them guilty and sentenced each to incarceration for thirty days.

Appellants' retained attorney did not file a brief on appeal. Neither counsel nor appellants appeared at the hearing ordered by this Court pursuant to Texas Rule of Appellate Procedure 38.8(b)(2). Under the circumstances, we conclude that appellants either no longer desire to prosecute the appeals or have failed to make the necessary arrangements for filing a brief. *See* Tex. R. App. P. 38.8(b)(4).

We have reviewed the appellate record and find no fundamental error that should be considered in the interest of justice.  The judgments of conviction are affirmed.


_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Puryear

Affirmed

Filed:   June 29, 2001

Do Not Publish

2